**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

Isidro GABALDON–MORALES, also known as Isidro Morales Gabaldon, also known as Isidro Gavaldon–Morales, also known as Isidro Gabaldon, Defendant–Appellant.

No. 09–20357
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 12, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Isidro Gabaldon–Morales has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gabaldon–Morales has filed a response. Our independent review of the record, counsel's brief, and

Gabaldon–Morales's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.